HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOLOMON'S TEMPLE and BRAD BLACKBURN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FIRST FRANKLIN FINANCIAL CORP. and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　　　Defendants. | Case No. C08-5082RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon the Application to Proceed *In Forma Pauperis* by plaintiff Richard McGrue, "Agent for Solomon's Temple", upon a Notice of Removal of Plaintiffs' Complaint, and upon a Motion for Injunctive Relief. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff Richard McGrue, "Agent for Solomon's Temple", seeks to proceed *in forma pauperis* in this Court apparently on behalf of an entity named Solomon's Temple and another individual, Brad Blackburn. A pro se litigant may only represent himself; he may not represent an entity or another individual. Furthermore, Mr. McGrue originally filed his complaint in Pierce County Superior Court and he is now attempting to remove the matter to this Court. Pursuant to federal statute, 28 U.S.C. §1441 et. seq., only a defendant may remove cases from state court to federal court. The proper procedure is for the plaintiff to file a new case in federal court with an original complaint and civil cover sheet. CR 3(a), Local Rules W.D. Wash. Because Richard McGrue is attempting to represent others and because this matter is not properly before this Court, the

ORDER
Page - 1

Application to Proceed *In Forma Pauperis* is **DENIED.**  Furthermore, the Motion for Injunctive Relief is **DISMISSED** as this Court is without jurisdiction.

**IT IS SO ORDERED.**

Dated this 5th day of March, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE