AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

SOLOMON'S TEMPLE and
BRAD BLACKBURN,

CASE NUMBER: C08-5082RBL

v.

FIRST FRANKLIN FINANCIAL CORP. and
DEUTSCHE BANK NATIONAL TRUST COMPANY.

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Application to Proceed *In Forma Pauperis* is DENIED.

The Motion for Injunctive Relief is DISMISSED as this Court is without jurisdiction.

*DATED : 3/14/2008*

      BRUCE  RIFKIN
*Clerk*

    /s/   Jean Boring
*(By) Deputy Clerk*, Jean Boring